UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00166-FL-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| FURMAN ALEXANDER FORD | |

On motion of the Defendant, Furman Alexander Ford, and for good cause shown, it is hereby ORDERED that [DE-27] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This  15th  day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge