IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-166-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FURMAN ALEXANDER FORD | ) | |

This matter is before the Court on the government's unopposed Motion to for Pretrial Schedule.

For good cause shown, it is hereby **ORDERED** that any motion in limine shall be filed by August 10, 2020, and that all summary evidence pursuant to Rule 1006 of the Federal Rules of Evidence and any documents pursuant to Rule 902(11) shall be exchanged by the parties by July 27, 2020.

**SO ORDERED.**

This 12th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Court Judge

1